IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL PRESLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05cv259-A |
| | ) |
| ALBERTO R. GONZALEZ, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On 23 March 2005, the Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED;

2. That the petitioner's claim of actual innocence and his allegation of ineffective assistance of counsel are dismissed with prejudice as such claims go to the validity of the firearm conviction and are not properly before this court in a 28 U.S.C. § 2241 petition for habeas corpus relief.

3. The petitioner's claim challenging the denial of early release is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 19th day of April, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE