IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL PRESLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv259-WHA |
| ) | |
| ALBERTO R. GONZALEZ, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #20), filed on March 7, 2007, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot.

DONE this 2nd day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE